FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY J ESPINDA, the living woman,<br><br>                Plaintiff,<br><br>v.<br><br>SAMUEL MEYLER, the living man,<br><br>                Defendant. | No. 4:23-CV-05085-MKD<br><br>ORDER OF DISMISSAL |

On July 22, 2024, the Court issued an Order directing Plaintiff to show cause by August 6, 2024, as to why the Court should not dismiss this case pursuant to Local Civil Rule 41(b)(1). ECF No. 16. Plaintiff has not filed a response. It appears that Plaintiff has abandoned this case. The Court, having reviewed the record and being fully informed, dismisses the case without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to show cause.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide copies to the parties, and **CLOSE** the file.

DATED August 13, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2